CAUSE NOS. 07-13-00234-CR; 07-13-00235-CR; 07-13-00236-CR;
07-13-00237-CR; 07-13-00238-CR; AND 07-13-00239-CR

IN THE SEVENTH COURT OF APPEALS
AMARILLO, TEXAS

FILED

December 27, 2013

Seventh Court of Appeals
Peggy Culp
Clerk

**AARON EDWARD BELL**

Appellant,

vs.

**THE STATE OF TEXAS,**

Appellee.

---

**APPEALING THE JUDGMENTS AND SENTENCES IN CAUSE NUMBERS 1288725D, 1288726D, 1288727D AND 1288728D, 1290870D, AND 1290871D IN THE 372ND DISTRICT COURT FOR TARRANT COUNTY, TEXAS, HON. SCOTT WISCH, JUDGE PRESIDING.**

---

# APPELLANT'S ORIGINAL BRIEF

## (Certified Frivolous)

Oral Argument is not requested

**DAVID L. RICHARDS**
SBN: 16845500
3001 West 5th Street, Ste. 800
FORT WORTH, TEXAS 76107
(817) 332-5567 (phone)
(817) 885-7688 (fax)

**COUNSEL FOR APPELLANT**

## IDENTITY OF PARTIES AND COUNSEL

| | | |
|---|---|---|
| The Parties to the trial Court's judgment are: | Aaron Edward Bell | Defendant |
| Trial counsel were: | Hon. G. Dewayne Huston<br>100 East 15th Street, Ste. 620<br>Fort Worth, Texas 76102 | Defense Counsel |
| | The State of Texas | Prosecution |
| | Hon. Elizabeth Beach | Tarrant County |
| | Office of the Tarrant County District Attorney<br>401 W. Belknap Street<br>Fort Worth, Texas 76196<br>(817) 884-1400 | |
| Appellate counsel are: | David Richards | Appellant |
| | 3001 Weat 5th Street, Ste. 800<br>Fort Worth, Texas 76107<br>(817) 332-5567 | |
| | Hon. Charles M. Mallin | State of Texas |
| | Tarrant County District Attorney's Office<br>Appellate Section<br>Address Above | |

i

# TABLE OF CONTENTS

## TABLE OF CONTENTS

Identity of Parties and Counsel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . i

Table of Contents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . i

Index of Authorities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . iii

Statement of the Case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Procedural History . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Statement of Facts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Statement as to Why No Points are Presented on Appeal . . . . . . . . . . . . . . . . . . . . . . . . . 4

> COUNSEL ON APPEAL CERTIFIES THAT HE HAS CAREFULLY REVIEWED THE TRIAL COURT RECORD, BUT CAN FIND NO ARGUABLE ERROR. HE THEREFORE CERTIFIES THIS APPEAL AS FRIVOLOUS AND HAS FORWARDED BOTH A COPY OF THE RECORD AND A COPY OF THIS BRIEF TO APPELLANT.

Conclusion, Prayer and Certificate of Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

ii

# INDEX OF AUTHORITIES

*Alejandro v. State,*
 493 S.W.2d 230, 231 (Tex. Crim. App. 1973)....................................4

*Anders v. California,*
 386 U.S. 738 (1967).................................................................5

*Gutierrez v. State,*
 36 S.W.3d 509, 511 (Tex. Crim. App. 2001).................................4

*McDuff v. State,* 939 S.W.2d 607
 (Tex. Crim. App.), *cert. denied,* 522 U.S. 844 (1997)....................4

*Sanchez v. State,*
 *120 S.W. 2d 359 (Tex. Crim. App. 2003)*....................................4

*Stafford v. State,*
 813 S.W.2d 503 (Tex. Crim. App. 1991)......................................5

*Strickland v. Washington,*
 466 U.S. 668 (1984)................................................................4

## STATEMENT ON APPEAL

COUNSEL ON APPEAL CERTIFIES THAT HE HAS CAREFULLY REVIEWED THE TRIAL COURT RECORD, BUT CAN FIND NO ARGUABLE ERROR. HE THEREFORE CERTIFIES THESE APPEALS AS FRIVOLOUS AND HAS FORWARDED BOTH A COPY OF THE RECORD AND A COPY OF THIS BRIEF TO APPELLANT.

1

## STATEMENT OF THE CASE

Appellant's full name is Aaron Edward Bell (hereinafter "Mr. Bell"). He is an inmate of the Texas Department of Criminal Justice, Institutional Division and has been assigned inmate No. 01861465, 2664 FM 2054, Tennessee Colony, Tx. 75886. Mr. Bell was sentenced by the trial court to multiple concurrent sentences of fifty years' and forty years' confinement, following his pleas of guilty and "true" to the enhancement paragraphs, and his conviction and subsequent sentencing hearings, in these cases of aggravated robbery, jointly tried, on May 31, 2013. RR. Vol. II, p. 44-45.

## STATEMENT AS TO THE WAIVER ORAL ARGUMENT

No argument is requested; however, should appellant request oral argument in connection with an appellate brief he may file *pro-se,* counsel requests that the Court not consider this waiver as a ground to overrule that request.

## *PROCEDURAL HISTORY*

Appellant was convicted and sentenced in each case on May 13, 2013. RR. Vol. II, p. 44-45. Written Notice of Appeal was timely given on June 3, 2013. CR. Vol. 1, p. 48. Following an extension granted by this Court, this brief is tendered on December 22, 2013.

## STATEMENT OF FACTS

Mr. Bell admitted that he committed multiple aggravated robberies occurring in Tarrant County in 2012. CR. Vol I, p. 5, RR. Vol. II, p. 43-44.

Further review of the facts is deferred to the "Discussion" section of this brief, below.

## STATEMENT AS TO WHY NO POINTS ARE PRESENTED

COUNSEL ON APPEAL CERTIFIES THAT HE HAS CAREFULLY REVIEWED THE TRIAL COURT RECORD, BUT CAN FIND NO ARGUABLE ERROR. HE THEREFORE CERTIFIES THIS APPEAL AS FRIVOLOUS AND HAS FORWARDED BOTH A COPY OF THE RECORD AND A COPY OF THIS BRIEF TO APPELLANT.

## DISCUSSION

The reflects that Mr. Bell, after being properly admonished of his rights by the trial court, entered pleas of guilt and admitted each allegation contained the indictment in each case. RR. Vol. II, p. 6; CR. I, P. 38-43. There evidence was therefore sufficient. *See Sanchez v. State, 120 S.W. 2d 359 (Tex. Crim. App. 2003); McDuff v. State*, 939 S.W.2d 607, 614 (Tex. Crim. App.), *cert. denied*, 522 U.S. 844 (1977).

There was mitigating evidence offered by the defense at the sentencing hearing, and that evidence was weighed by Judge Wisch prior to his determination of the sentences assessed. RR. Vol. II, p. 12-29. The arguments were objection free, save for one instance in which the trial court overruled an objection by the State. RR. Vol. II, p. 30-31.

All entences were below the maximum sentences of 99 years or life, and there was no objection to the sentences on that ground. RR Vol. I-II, p. 44-45. Therefore there was no error in that regard. *See Gutierrez v. State*, 36 S.W.3d 509, 511 (Tex. Crim. App. 2001).

Nothing in either defense counsel's argument nor the prosecutor's argument was inappropriate or outside the areas of permissible argument. S*ee Alejandro v. State*, 493 S.W.2d 230, 231 (Tex. Crim. App. 1973).

Mr. Bell was represented by counsel at trial and nothing in the record indicates that trial counsel rendered ineffective assistance. *See Strickland v. Washington*, 466 U.S. 668 (1984)(setting forth test for ineffective assistance). He zealously represented Mr. Bell and made an effective argument prior to the trial court's decisions. *Id.*

4

Wherefore, counsel requests that the Court accept this brief as one properly certified frivolous, and allow counsel to withdraw from further representation on appeal. *See Anders v. California*, 386 U.S. 738 (1967); *Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). Contemporaneous with the filing of this brief counsel is drafting a letter to Mr. Bell explaining his rights, including the filing of a *pro-se* brief, as well as a copy of the clerk's record and court reporter's record. Counsel is also presenting a courtesy copy of this brief to the trial court, with the note that Mr. Bell is in-custody and that appropriate accommodations may become necessary should he decide to file a *pro-se* brief.

## CONCLUSION AND PRAYER

For the reasons set forth above, appellant requests that Court accept this certified frivolous brief, permit counsel to withdraw as attorney of record, and permit Mr. Bell, should he so desire, to file a brief, *pro-se*, and for such other and further relief as he may show himself entitled at law or in equity.

Respectfully submitted,

/S/

DAVID L. RICHARDS
State Bar No. 16845500
3001 West 5th Street, Ste. 800
Fort Worth, Texas 76164
Phone: 817/332-5567
Fax: 817/885-7688

COUNSEL FOR APPELLANT

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this brief has been forwarded by mail to Mr. Bell and to Hon. Charles M. Mallin, Chief of the Appellate Division of the Office of the Tarrant County District Attorney, on this 23rd day of December, 2013.

/s/

_____
DAVID L. RICHARDS

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that this brief (*Aaron Edward Bell v. State of Texas*) contains 1029 words and is believed to be in copliance with all of the Texas Rules of Appellate Procedure. A copy of the brief and this Certificate has been forwarded by mail to Mr. Bell and to Hon. Charles M. Mallin, Chief of the Appellate Division of the Office of the Tarrant County District Attorney, on this 6th day of January, 2014.

DAVID L. RICHARDS

6

# DAVID L. RICHARDS

Board Certified
Criminal Law
Texas Board of Legal Specialization

3001 West 5th Street
Suite 800
Fort Worth, TX 76107

Office 817-332-5567
Fax 817-885-7688
Email daverichards@sbcglobal.net



December 23, 2013

Mr. Aaaron Bell
TDC# 01861465
Mark W. Michael Unit
2664 FM 2054
Tennessee Colony, Texas 75886

Certified Mail No. 7007 2680 0000 0376 4387
Return Receipt Requested

Re: *Bell v. State of Texas*

Dear Mr. Bell,

Enclosed please find a copy of the brief I have filed in the Seventh Court of Appeals on your behalf.

Because I could find no arguable points of error I have certified it "frivolous." If the Court of Appeals accepts it and determines, from its own review, that there is no reversible error, the appeals will be affirmed unless you file a brief on your own, in a *pro-se* capacity, convincing them that reversible error is present.

I do not believe that there is any such error, but because you have the right to present your own brief, should you so desire, I have filed a motion to withdraw (making you the attorney), and am enclosing a copy of the appellate record. You must cite the volume and page number of any alleged error in any *pro-se* brief you file.

The brief should generally follow the format of the brief I have filed, but contain "points" or "issues" in the spot where I have explained to the Court why I do not believe there is any error. If the Rules of Appellate Procedure are not available in your law library let me know and I will mail you a copy. Should you have any questions about procedural questions, please let me know at your earliest convenience.

Any pro-se brief you file must be sent to the Court of Appeals at the following address:

CLERK,
SEVENTH COURT OF APPEALS
POTTER COUNTY COURTS BLDG.
501 S. FILLMORE, STE. 2-A
AMARILLO, TX. 79101-2449

In the event the Court of Appeals affirms your conviction, you have the right to file a pro-se petition for discretionary review with the Texas Court of Criminal Appeals. The petition is due no later than the 30th day following the issuance of the opinion, unless you obtain an extension of time from the Court. The petition must be filed with the Court of Criminal Appeals in Austin. I have enclosed copies of the applicable Rules of Appellate Procedure.

In the event that you need an extension of time to file the petition for discretionary review (you are permitted a one time extension of 30 days) you may do so by writing the Texas Court of Criminal Appeals at the following address:

Clerk, Court of Criminal Appeals
P.O. Box 12308 Capitol Station
Austin, Texas, 78711

Sincerely,

DAVID L. RICHARDS

Encl.

## CAUSE NOS. 07-13-00234-CR; 07-13-00235-CR; 07-13-00236-CR; 07-13-00237-CR; 07-13-00238-CR; AND 07-13-00239-CR

| AARON EDWARD BELL | X | IN THE SEVENTH |
| | X | |
| V. | X | COURT OF APPEALS |
| | X | |
| STATE OF TEXAS | X | AMARILLO, TEXAS |

### COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD IN CONNECTION WITH THE FILING OF *ANDERS* BRIEF

The undersigned attorney, David L. Richards, was appointed by the Court to represent Appellant, Aaron Edward Bell, in these appeals. A copy of the *Anders* brief, certified as wholly frivolous and tendered with this Motion, has been mailed certified mail, return receipt requested, to Appellant with instructions on how and where to file any *pro se* brief he deems necessary. A copy of that letter (containing no privileged attorney client matters and listing Appellant's mailing address ) is also attached.

For the reasons set forth in the *Anders* brief, counsel certifies that it is his professional opinion that these appeals are frivolous. Under that circumstance, counsel files this Motion to avoid the potential situation of hybrid representation. Wherefore, counsel requests that this Motion be granted.

Appellant's mailing address is: Aaron Edward Bell, No. 01861465. Mark W. Michael Unit, 2224 FM 2054, Tennessee Colony, Tx. 75886.

Respectfully submitted,

/s/

DAVID L. RICHARDS
State Bar No. 16845500
3001 West 5th Street, Ste. 800
Fort Worth, Texas 76107
Phone: 817/332-5567
Fax: 817/885-7688

COUNSEL FOR

APPELLANT

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Motion has been forwarded to Appellant and to Hon. Charles M. Mallin, Chief of the Appellate Division of the Office of the Tarrant County District Attorney, on this _____ day of December, 2013.

/s/

DAVID L. RICHARDS